UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. REID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATHLINE ALLISON, et al.,<br><br>　　　　　Defendants. | 1:22-cv-01437-CDB (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has neither paid the $402.00 filing fee for this action nor applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, **IT IS HEREBY ORDERED** that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:　**November 9, 2022**　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1